UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **ERIC SCURRY,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) and |
| **also known as E,** | : | §841(b)(1)(B)(iii) |
| **Defendant.** | : | (Unlawful Distribution of 5 Grams or More of |
| | : | Cocaine Base); |
| | : | 21 U.S.C. §860(a) |
| | : | (Unlawful Distribution of Cocaine Base |
| | : | Within 1000 Feet of a School) |
| | : | |
| | : | |
| | : | |

# **I N D I C T M E N T**

The Grand Jury charges that:

## COUNT ONE

On or about May 29, 2002, within the District of Columbia, **ERIC SCURRY, also known as E**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

   (**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

**COUNT TWO**

On or about May 29, 2002, within the District of Columbia, **ERIC SCURRY, also known as E**, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Hendley Elementary School, a public elementary school in the District of Columbia.

(**Unlawful Distribution of Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.