UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 07-129- RJL |
| v. | : | |
| | : | |
| **ERIC SCURRY,** | : | |
| **also known as E,** | : | **FILED** |
| | : | |
| **Defendant.** | : | SEP 1 3 2007 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## GOVERNMENT'S MOTION TO UNSEAL

The United States, by and through its attorney, Jeffrey A. Taylor, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to unseal the criminal indictment, bench warrant, as well as all other pleadings, proceedings, records and files in this case. In support of this motion, the government states as follows:

The defendant in this case was indicted on or about May 18, 2007 and on that same date, the Honorable Alan Kay, Magistrate Judge of the United States District Court for the District of Columbia, issued an order sealing the case. The defendant has ben incarcerated at an institution in Pennsylvania and was released on or about September 13, 2007. He is being presented before a Magistrate Judge of the Middle District of Pennsylvania on September 13, 2007. In order to provide the defendant with notice of the charges he faces in the District of Columbia, the Government now moves to unseal the above captioned case.

WHEREFORE, it is respectfully requested that this motion be granted.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    D.C. Bar # 498610
                    United States Attorney

BY: _____
                    ARVIND K. LAL
                    Assistant United States Attorney
                    D.C. Bar No. 389496
                    Organized Crime and Narcotics Trafficking Section
                    555 4th Street, N.W., Room 4217
                    Washington, D.C. 20503
                    (202) 353-8833