UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 07-129 – RJL |
| v. | : | |
| | : | |
| **ERIC SCURRY,** | : | **FILED** |
| also known as E, | : | |
| | : | SEP 1 3 2007 |
| **Defendant.** | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## ORDER

Based on the representations in the government's motion to unseal the indictment, bench warrant, and other pleadings, records, proceedings and files in the above captioned case, it is this 13th day of September, 2007,

**ORDERED** that the indictment, bench warrant, and other pleadings, recordings, proceedings, and files are hereby unsealed.

_____
JOHN M. FACCIOLA
United States Magistrate Judge for the District of Columbia