OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

MARY E. D'ANDREA
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

September 14, 2007

Nancy Mayer-Whittington, Clerk of Court
U.S. District Court, District of Columbia
333 Constitution Ave., N.W.
Washington, DC  20001

**FILED**
SEP 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: USA v. Eric Scurry
    MDPA # 5:MJ-07-108
    District of Columbia CR-07-129

Dear Ms. Mayer-Whittington,

   Please be advised that an Initial Appearance was held September 13, 2007 for the above named defendant. The defendant waived his Rule 40 hearing, and identity hearing. The defendant waived his detention hearing, but will request one on return to the District of Columbia. An order of Commitment to Another District was issued. Enclosed please find documents relating to the hearing.

   Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours:

MARY E. D'ANDREA, CLERK

*Barbe H. Sempa*
Barbe H. Sempa
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

VS.                          :     5:MJ-07-108

                             :

ERIC SCURRY

                             :

Defendant

FILED
WILKES BARRE
SEP 13 2007
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

AND NOW, this 13TH day of September, 2007 IT IS ORDERED that the above named defendant having completed the required Financial Affidavit (Form CJA 23) in support of his request for an attorney without payment of fee, and having certified the same to be correct;

AND, the Court being satisfied that said individual neither is financially able to obtain counsel nor is waiving his right to counsel;

IT IS ORDERED that the Office of the Federal Public Defender for the Middle District of Pennsylvania, Scranton Division, is hereby appointed to represent the defendant for the Rule 40 hearing only in the above-captioned case.

If, at any time after this appointment, the Court finds that the party is financially able to obtain counsel, or is able to make partial payment for the representation, it may terminate the appointment of counsel or authorize payment as provided in Title 18 United States Code, Section 3006A(f). In



such an event, the party may be required to reimburse all or part of the money expended by the Court in appointing the Federal Public Defender should it later be determined that funds are available for payment.

Malachy E. Mannion
United States Magistrate Judge

2

⒋

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____PENNSYLVANIA_____

UNITED STATES OF AMERICA

v.

ERIC SCURRY

Defendant

**FILED WILKES BARRE**
SEP 13 2007
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 5:MJ-07-108

CHARGING DISTRICTS
CASE NUMBER: 07-129

I understand that charges are pending in the _____USDC_____ District of _____COLUMBIA_____

alleging violation of __21:841(a)(1) & 841(b)(1)(B)(iii) & 860(a)__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

9-13-07
Date

_____
Defense Counsel

Certified from the record
Date 9-14-07
_____, Clerk
Per _____
Deputy Clerk

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __PENNSYLVANIA__

UNITED STATES OF AMERICA
V.
ERIC SCURRY

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 07-129 | 5:MJ-07-108 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. §    841(a)(1) and 841(b)(1)(B)(iii) and 21:860(a)

**DISTRICT OF OFFENSE**

United States District Court for the District of Columbia

**DESCRIPTION OF CHARGES:**

FILED
WILKES BARRE
SEP 13 2007
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**    ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    No    ☐ Yes    Language:

**DISTRICT OF** MIDDLE OF PENNSYLVANIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/13/07
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

MINUTE SHEET

UNITED STATES OF AMERICA
        Plaintiff

        V                              5:MJ-07-108

Eric Scurry
        Defendant

**DATE:** September 13, 2007

TIME SCHEDULED: 1:00 PM

**TIME COMMENCED:** 1:30 P.M.    **TIME TERMINATED:** 1:45 P.M.

**NATURE OF HEARING:** INITIAL APPEARANCE /RULE 40

**BEFORE**: Hon. Malachy E. Mannion, U.S. Magistrate Judge in Wilkes-Barre

**COUNSEL:**

    John Gurganus, AUSA

    Ingrid Cronin, AFPD
        Defendant

**REMARKS:** Court opens. Deft. present w/ cnsl. Ct. reviews fin. afdt. & appts. FPD to represent deft. for today only in this district. Court informs deft. when he get to DC he need to request appointment of counsel. Deft. informed of his rights including Rule 20. Deft. waives identity hearing. Court informs deft. that although he has the area on the form checked for a preliminary exam he is not entitled to one. Deft. states he understands. Gov. states charges and penalties. Gov. moves for detention. Deft. waives detention hearing but informs the court he will request a detention hearing when he arrives in D.C. Court orders deft. to remain in custody for transfer to D.C.

                                          **COURT REPORTER:** A. Sallemi

O:\Sempa\criminal orders\07-108mjms.wpd

Certified from the record
Date _____
Mary E. D'Andrea, Clerk
Per _____
        Deputy Clerk

SEP-13-2007 13:50   US ATTORNEY'S OFFICE   202 616 3396   P.02/03

UNSEALED   **SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

5:MJ-07-108

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 07-129 |
| v. | GRAND JURY ORIGINAL |
| ERIC SCURRY, also known as E, Defendant. | VIOLATIONS: 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) (Unlawful Distribution of 5 Grams or More of Cocaine Base); 21 U.S.C. §860(a) (Unlawful Distribution of Cocaine Base Within 1000 Feet of a School) |

ROBERTS, J. RWR

B

**INDICTMENT**

FILED IN OPEN COURT
MAY 18 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

The Grand Jury charges that:

**COUNT ONE**

On or about May 29, 2002, within the District of Columbia, **ERIC SCURRY**, also known as E, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

Case Related To ___07-123___

Case 1:07-cr-00129-RJL   Document 6   Filed 09/17/2007   Page 8 of 10
Case 5:07-mj-00108-MEM   Document 1   Filed 09/13/2007   Page 2 of 2
SEP-13-2007  13:50        US ATTORNEY'S OFFICE              202 616 2296    P.03/03

### COUNT TWO

On or about May 29, 2002, within the District of Columbia, **ERIC SCURRY**, also known as E, defendant herein, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more, in violation of Title 21, United States Code, Section 841(a)(1), within one thousand feet of the real property comprising Hendley Elementary School, a public elementary school in the District of Columbia.

(**Unlawful Distribution of Cocaine Base Within 1000 Feet of a School**, in violation of Title 21, United States Code, Section 860(a))

A TRUE BILL:

*Richard A. G[signature]*

FOREPERSON.

*[signature] A. Taylor [signature]*
Attorney of the United States in
and for the District of Columbia.

# United States District Court
## Middle District of Pennsylvania (Wilkes-Barre)
### CRIMINAL DOCKET FOR CASE #: 5:07-mj-00108-MEM All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Scurry | Date Filed: 09/13/2007 |

Assigned to: Magistrate Judge Malachy E. Mannion

**Defendant**

**Eric Scurry** (1)    represented by **Ingrid S. Cronin**
Federal Public Defender.
116 North Washington Ave.
Kane Professional Building, Suite 2C
Scranton, PA 18503 - 1800
570-343-6285
Fax: 570-343-6225
Email: ingrid_cronin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**    **Disposition**

CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
(1)

DISTRIBUTE IN OR NEAR SCHOOLS/CONTROLLED SUBSTANCE
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**    **Disposition**

Certified from the record
Date 9-14-07
Mary E. D'Andrea, Clerk
Per [signature]
Deputy Clerk

None

**Plaintiff**

USA  represented by  John C. Gurganus, Jr.
Assistant U.S. Attorney
311 Federal Building
Scranton, PA 18501
717-348-2800
Email: John.Gurganus@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2007 | 1 | Copy of Indictment from the USDC District of Columbia as to Eric Scurry. (bs, ) (Entered: 09/14/2007) |
| 09/13/2007 |  | (Court only) Original Counts added: Eric Scurry (1) count(s) 1, 2 (bs, ) (Entered: 09/14/2007) |
| 09/13/2007 | 2 | CJA 23 Financial Affidavit by Eric Scurry (bs, ) (Entered: 09/14/2007) |
| 09/13/2007 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Eric Scurry. Signed by Judge Malachy E. Mannion on 9/13/07. (bs, ) (Entered: 09/14/2007) |
| 09/13/2007 | 4 | WAIVER of Rule 5(c)(3) Hearings by Eric Scurry (bs, ) (Entered: 09/14/2007) |
| 09/13/2007 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Eric Scurry. Defendant committed to United States District Court for the District of Columbia. Signed by Judge Malachy E. Mannion on 9/13/07. (bs, ) (Entered: 09/14/2007) |
| 09/13/2007 | 6 | (Court only) Minute Entry for proceedings held before Judge Malachy E. Mannion :Court opens. Deft. present w/cnsl. Initial Appearance in Rule 40 Proceedings as to Eric Scurry held on 9/13/2007. Ct. reviews fin. afdt. & appts. cnsl. for today. Deft. waives identity hearing. Gov. states charges and penalties. Gov. moves for detention. Deft. waives detention hrg., but will request one in D.C. when he arrives. Court orders deft. detained pending transfer to D.C. (Court Reporter A. Sallemi.) (bs, ) (Entered: 09/14/2007) |
| 09/14/2007 | 7 | LETTER from Clerk MD of PA to Clerk of DC w/certified copies of documents enclosed and a copy of the docket entries. (bs, ) (Entered: 09/14/2007) |