# WARRANT FOR ARREST

677490

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCURRY<br><br>**UNSEALED** | DOCKET NO:<br>07-129 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Eric Scurry | **FILED**<br>OCT - 2 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:         PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:  INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF COCAINE BASE WITHIN 1000 FEET OF A SCHOOL

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(B)(iii) and 21:860(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>U.S. MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>5/18/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>5/18/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  10/2/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | ANTHONY SANTYO / DUSM | Anthony Santyo |
| HIDTA CASE: Yes    No  X | | OCDETF CASE:    Yes    No  X |