UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-129 (RJL) |
| v. | : | |
| ERIC SCURRY, also known as E, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, through its undersigned counsel, hereby gives notice that Assistant United States Attorney Matthew P. Cohen is entering his appearance as counsel for the government. AUSA Cohen's D.C. Bar number is 469-629; his phone number is (202) 514-7427; his room number is 4118; and his e-mail address is Matthew.Cohen2@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar # 498-610

ARVIND K. LAL
Assistant U.S. Attorney
D.C. Bar # 389-489

By:  _____/s/_____
MATTHEW P. COHEN
Assistant U.S. Attorney
D.C. Bar #469-629
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Rm. 4118
Washington, D.C. 20530
(202) 514-7427 office
(202) 514-8707 facsimile