UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-129 (RJL) |
| | : | |
| v. | : | |
| | : | |
| ERIC SCURRY, | : | |
| also known as E, | : | |
| Defendant. | : | |

_____

**SUPPLEMENT TO GOVERNMENT'S MOTION IN <u>LIMINE</u> FOR ADMISSION OF CERTAIN EVIDENCE PURSUANT TO RULE 404(b) OF THE FEDERAL RULES OF <u>EVIDENCE</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this supplement to its Motion in <u>Limine</u> for Admission of Certain Evidence Pursuant to Rule 404(b) of the Federal Rules of Evidence (document 10, filed Oct. 19, 2007; hereinafter referred to as "the Motion"). In addition to the "other crimes" evidence described in the Motion, and for the same reasons articulated in the Motion, the Government seeks to introduce the following additional evidence at trial to prove defendant's knowledge, intent, preparation, plan, motive, and absence of mistake or accident as pertains to the May 29, 2002, offense conduct charged in the Indictment:

1. On or about May 8, 2002, three weeks before the charged offense, a cooperating witness (referred to as "CW2" in the Motion) observed the defendant with what appeared to be a re-distribution quantity of crack cocaine in the defendant's vehicle, described as a black four-door Lincoln sedan with Maryland license tags KLG035. CW2 observed the defendant with the crack cocaine in the 4300 block of 4th Street, S.E., the very block in which defendant committed the offense charged in the Indictment. After making these observations, CW2 immediately notified one of his handling agents with the Federal Bureau of Investigation of what IT had seen.

2. Upon receiving the tip from CW2, agents located the Lincoln sedan parked in the block and seized it. On or about May 10, 2002, agents executed a D.C. Superior Court search warrant on the Lincoln. From the compartment in the driver's side door, agents recovered a plastic sandwich bag containing what appeared to be seven (7) "eight balls" (*e.g.*, approximately 3.5 gram quantities) of an off-white, rock like substance, believed to be crack cocaine, each wrapped in plastic and tied with a knot. Also recovered from the same compartment were numerous papers in the names of the defendant, Eric Scurry, and Keena Alford, the registered owner of the Lincoln.

*****

Discovery relating to the foregoing evidence, including FBI 302s and photocopies of the papers recovered from the vehicle, was provided to defense counsel during a discovery conference on November 9, 2007. A DEA analysis of the suspected crack cocaine is pending and those results will be disclosed to the defense as soon as they are available.

## **CONCLUSION**

WHEREFORE, the United States respectfully requests that it be permitted at trial to introduce the forgoing evidence, as well as the evidence set forth in the original Motion, pursuant to Rule 404(b) of the Federal Rules of Evidence.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              United States Attorney
                              D.C. Bar # 498-610

                              ARVIND K. LAL
                              Assistant U.S. Attorney
                              D.C. Bar # 389-489

By:             /s/
                              MATTHEW P. COHEN
                              Assistant U.S. Attorney
                              D.C. Bar # 469-629
                              Organized Crime and Narcotics Trafficking Section
                              555 4th Street, N.W., Rm. 4118
                              Washington, D.C. 20530
                              (202) 514-7427 office
                              (202) 514-8707 facsimile