IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-129(RJL) |
| ) | |
| ERIC SCURRY ) | |
|     Defendant ) | |

UNOPPOSED MOTION TO EXTEND DATE FOR FILING PRE-TRIAL MOTIONS

    COMES NOW the Defendant, Eric Scurry, by counsel, Dwight E. Crawley, and, respectfully moves this Honorable Court to extend the deadline for filing pre-trial motions. In support of this request, Defendant asserts the following:

1. Counsel concluded a three week federal trial on Wednesday, December 19, 2007;

2. This Honorable Court gave Counsel until today, December 21, 2007, to file pre-trial motions;

3. On December 14, 2007, the United States provided counsel with recordings of alleged drug transactions involving the defendant and a government informant;

4. On Wednesday, December 19, 2007, the United States provided counsel with an affidavit in support of a search warrant that led to the search of a 1999 Lincoln Towncar;

5. The search of the vehicle revealed, among other things, suspected "crack" cocaine allegedly belonging to the defendant;

6. Counsel has not had sufficient time to investigate the nature of the evidence that has been provided or conduct sufficient legal research to determine whether any legal issues should be raised via pre-trial motions;

7. Counsel has expressed his desire to extend the deadline for filing pre-trial motions to the United States;

8. The United States, through its attorneys, Arvind Lal and Matthew Cohen, does not oppose this request;

9. The United States merely requests an additional week to respond to defendant's motion(s);

10. The defendant respectfully seeks an additional week to file pre-trial motions;

11. Accordingly, the defendant requests that this Honorable Court extend the defendant's deadline for filing pre-trial motions to December 28, 2007.

WHEREFORE, Defendant prays that this Court extend the time for filing Defendant's pre-trial motions until December 28, 2007.

> Respectfully submitted
> ERIC SCURRY
>
> /s/
> _____
> Dwight E. Crawley, Esq.
> DC Bar#472672
> Attorney for Eric Scurry
> Law Office of Dwight E. Crawley
> 1655 N. Fort Myer Drive
> Suite 700
> Arlington, VA 22209
> (703) 786-4004 Phone
> (202) 882-0024 Fax
> vadclawyer@aol.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 21st day of December, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Matthew P. Cohen  
Assistant United States Attorney  
DC Bar # 469-629  
Organized Crime and Narcotics Trafficking Section  
555 4th Street, NW, Rm. 4118  
Washington, DC 20530  
(202)514-7427 Office  
(202)514-8707 Facsimile  
Matthew.Cohen2@usdoj.gov

And

Arvind K. Lal  
Assistant United States Attorney  
DC Bar # 389-489  
Organized Crime and Narcotics Trafficking Section  
555 4th Street, NW, Rm. 4217  
Washington, DC 20530  
(202)353-8833 Office  
(202)514-8707 Facsimile  
Arvind.Lal@usdoj.gov

      /s/  
———————————————  
Dwight E. Crawley, Esq.  
DC Bar # 472672  
Attorney for Eric Scurry  
Law Office of Dwight E. Crawley  
1655 N. Fort Myer Drive  
Suite 700  
Arlington, VA 22209  
(703) 786-4004 Phone  
(202) 882-0024 Fax  
vadclawyer@aol.com