UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 07-129 (RJL) |
| : | |
| v. : | |
| : | |
| ERIC SCURRY, : | |
| also known as E, : | |
| Defendant. : | |

**MOTION TO CONTINUE TRIAL DATE DUE TO UNAVAILABILITY OF ESSENTIAL
GOVERNMENT WITNESS**

The United States of America, through its undersigned counsel, hereby moves the Court for a brief continuance of the trial date in the above-captioned manner. In support of this Motion, the United States makes the following representations:

1. Defendant is charged with one count of Unlawful Distribution of 5 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(iii), and one count of Unlawful Distribution of Cocaine Base Within 1000 Feet of a School, in violation of 21 U.S.C. § 860(a).

2. Trial in this case is presently scheduled for February 11-13, 2008.

3. The United States recently learned that one of the essential government witnesses in this case, Special Agent Gerard Wynn, who is also in the military reserves, is unavailable for trial because he has been called up for two weeks of military duty that will conflict with the trial. Special Agent Wynn's testimony at trial is essential to establishing the chain of custody of the crack cocaine purchased from the defendant by the government informant in this case.

4. As an alternative to a continuance, the United States has asked the defense whether the defense would be willing to stipulate to chain of custody. Dwight Crawley, counsel for the defendant, has informed the undersigned that the defendant is not interested in any such stipulation.

5. Mr. Crawley has further informed the undersigned that his client will not authorize him to acquiesce to this Motion.

6. Special Agent Wynn's leave will be over by the third week of February 2008. Because Government counsel has another week-long trial commitment before Judge Robertson starting on February 26, 2008, we are requesting a continuance of approximately one month, to a date in mid-March 2008 that is acceptable to the Court and the parties.

7. The United States respectfully requests a hearing on this Motion.

WHEREFORE, the United States respectfully requests that this Motion be granted, and that the Court continue the trial date in this case to a date to be determined in March 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar # 498-610

ARVIND K. LAL
Assistant U.S. Attorney
D.C. Bar # 389-489

By:      /s/
MATTHEW P. COHEN
Assistant U.S. Attorney
D.C. Bar #469-629
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Rm. 4118
Washington, D.C. 20530
(202) 514-7427 office
(202) 514-8707 facsimile