UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-00129 (RJL) |
| | : | |
| v. | : | |
| | : | |
| **ERIC SCURRY,** | : | |
| also known as E, | : | |
| Defendant. | : | |
| _____ | : | |

### INFORMATION AS TO PRIOR CONVICTIONS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the court pursuant to 21 U.S.C. § 851, that the defendant, Eric Scurry, also known as E, was convicted previously of two separate felony drug trafficking offenses, specifically Attempted Distribution of Cocaine, in D.C. Superior Court case no. 1993 FEL 007576, on February 24, 1994, and Attempted Possession With Intent to Distribute Cocaine, in D.C. Superior Court case no. 1993 FEL 001250, on May 19, 1993.  As such, defendant is subject to the enhanced penalty provisions of 21 U.S.C. § 841(b)(1)(B), which provides in relevant part that "if any person commits [a violation of this section] after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may not be less than 10 years and not more than life imprisonment . . . [and] a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18, or $4,000,000."  If defendant is convicted in this case, he will face the penalty quoted above.

                 Respectfully submitted,

                 JEFFREY A. TAYLOR
                 United States Attorney
                 D.C. Bar # 498-610

                 ARVIND K. LAL
                 Assistant U.S. Attorney
                 D.C. Bar # 389-489

By:          /s/
                 MATTHEW P. COHEN
                 Assistant U.S. Attorney
                 D.C. Bar # 469-629
                 Organized Crime and Narcotics Trafficking Section
                 555 4th Street, N.W., Rm. 4118
                 Washington, D.C. 20530
                 (202) 514-7427 office
                 (202) 514-8707 facsimile