UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US
v.
Eric Scurry                          )
                                     )
                                     )   Civil/Criminal No. 07-129
                                     )
                                     )   **FILED**
                                     )
                                     )   FEB 2 5 2008
                                     )
                                         Clerk, U.S. District and
                                         Bankruptcy Courts

NOTE FROM JURY

We will not reach a decision today. We would like to have the instructions back to look at once more before going home.

Please let us know when to expect the instructions. We will wait for them until 5:05 - 5:10 pm but otherwise get in the morning.

Date: 2/25/08

Time: 4:44 pm

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US
vs.
Eric Scurry

) Civil/Criminal No. 07-129
)
)         **FILED**
)
)        FEB 25 2008
)    Clerk, U.S. District and
)    Bankruptcy Courts

NOTE FROM JURY

We have not yet arrived at a unanimous decision. We additionally recognize that we may not become unanimous today, tomorrow, or another day. What happens if we can't reach unanimity? Is there a mistrial? And the defendant is acquitted?

Date: 2/25/08

Time: 4:00 pm

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US
vs.
Eric Scurry

Civil/Criminal No. 07-129

**FILED**

FEB 2 5 2008

Clerk, U.S. District and
Bankruptcy Courts

NOTE FROM JURY

Please provide every piece of evidence and necessary equipment to play CDs.

Date: 2/25/08

Time: 10:19

(FOREPERSON)

CO-109A



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US
vs.
Eric Scurry

~~Civil~~/Criminal No. 07-129

**FILED**

FEB 25 2008

Clerk, U.S. District and
Bankruptcy Courts

NOTE FROM JURY

We need Judge Leon's jury instructions that enumerate the "elements."

And would also request the transcripts of 5/28/02 + 5/29/02 cds, if possible.

Date: 2/25/08

Time: 10:27 am

FOREPERSON

CO-109A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US
vs.
Eric Scurry

Civil/Criminal No. 07-129

**FILED**
FEB 25 2008
Clerk, U.S. District and
Bankruptcy Courts

NOTE FROM JURY

The members of the jury do not recall two instructions being read aloud to us on Friday by Judge Leon.

These are instructions:

1. 1.17 Disposal of some, but not all, charges against the defendant

    and

2. 4.8 Statements of the Defendant — Substantive Evidence

We don't recall these instructions and we also nonce what they refer to (4 original counts) and (statement by Eric Scurry) and wish to inquire

Date: 2/25/08

FOREPERSON

Time: 12:27pm

CO-109A



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US
vs.
Eric Scurry

Civil/Criminal No. 07-129

**FILED**
FEB 2 5 2008
Clerk, U.S. District and
Bankruptcy Courts

NOTE FROM JURY

Grady Jefferson's plea agreement has ~~a~~ redacted text on p. 3.

Is the redacted plea agreement the exhibit? Or is the full plea agreement the exhibit?

Date: 2/25/08
Time: 2:15 pm

FOREPERSON

CO-109A



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US
vs.
Eric Scurry

Civil/Criminal No. 07-129

FILED
FEB 25 2008
Clerk, U.S. District and
Bankruptcy Courts

NOTE FROM JURY

Can we please have the jury instructions back or at least the sections we don't have questions about?

We want to read some parts again.

Date: 2/25/08

Time: 2:46pm

FOREPERSON

CO-109A