UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US

vs.

Eric Scurry

)
)
)
)
)
)
)
)
)
)

Civil/Criminal No. 07-129

**FILED**

FEB 2 6 2008

Clerk, U.S. District and
Bankruptcy Courts

NOTE FROM JURY

The jury has arrived at a unanimous verdict. Please instruct us as to the next step.

Date: 2/26/08

Time: 2:03pm

FOREPERSON

CO-109A