IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal No. 07-129 (RJL) |
| ) | |
| ERIC SCURRY ) | **FILED** |
| ) | FEB 2 6 2008 |
| | Clerk, U.S. District and Bankruptcy Courts |

## VERDICT
### COUNT ONE

With respect to the offense of Unlawful Distribution of 5 Grams or More of Cocaine Base, also known as crack, we the jury find the defendant

_____ Guilty          \_\_\_\_✓\_\_\_\_ Not Guilty

### COUNT TWO

With respect to the offense of Unlawful Distribution of Cocaine Base, also known as crack, Within 1000 Feet of a School, we the jury find the defendant

_____ Guilty          \_\_\_\_✓\_\_\_\_ Not Guilty

2/26/08
Date

_____
Foreperson